Douglas E. Kirkman (State Bar No. 53892)
dkirkman@wkblaw.com
David A. Scharlach (State Bar No. 75000)
dscharlach@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Plaintiffs
Robert Keszler and Jennifer Cutts Keszler

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Jennifer Cutts Keszler, et al.,<br><br>Plaintiff,<br><br>v.<br><br>First Horizon Home Loans, et al.,<br><br>Defendants. | Case No.: 2:08-CV-02359-LKK-KJM<br><br>**STIPULATION TO FILE RESPONSE TO COUNTERCLAIM OF DEFENDANT FIRST HORIZON HOME LOANS**<br><br>**ORDER THEREOF** |

Defendant First Horizon Home Loans, a division of First Tennessee Bank National Association ("First Horizon") and plaintiffs JENNIFER CUTTS KESZLER and ROBERT KESZLER ("Plaintiffs"), through their attorney of records stipulate as follows:

I.   It is agreed by the parties that Plaintiffs shall have up to and including January 16, 2009, to file their responsive pleading to First Horizon's counterclaim in this matter.

II.  A facsimile or email signature of this stipulation will have the same binding effect as the original.

**IT IS SO STIPULATED:**

                                                   **DUANE MORRIS LLP**

Dated: Januray 12, 2009           By:   /s/ Michael L. Ritzell
                                                   MICHAEL L. RITZELL, Attorneys
                                                   For defendant

{13158.00000 / 00407909.DOC.1}           1
**STIPULATION TO FILE RESPONSE TO COUNTERCLAIM OF DEFENDANT FIRST HORIZON HOME LOANS**

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | **WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP** |
| 3 | | |
| 4 | DATED:  January 9, 2009 | By:  David A. Scharlach |
| 5 | | DAVID A. SCHARLACH, Attorney for Plaintiffs |
| 6 | | |
| 7 | IT IS SO ORDERED: | |
| 8 | | |
| 9 | Dated:    January 20, 2009 | |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

{13158.00000 / 00407909.DOC.1}          2
**STIPULATION TO FILE RESPONSE TO COUNTERCLAIM OF DEFENDANT FIRST HORIZON HOME LOANS**

PDF created with pdfFactory trial version www.pdffactory.com