DOUGLAS E. KIRKMAN (State Bar No. 53892)
dkirkman@wkblaw.com
DAVID A. SCHARLACH (State Bar No. 75000)
dscharlach@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Plaintiffs
ROBERT KESZLER AND
JENNIFER CUTTS KESZLER

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JENNIFER CUTTS KESZLER, ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOANS, ET AL.,<br><br>    Defendants. | Case No.: 2:08-CV-02359-LKK-KJM<br><br>**REQUEST FOR PLAINTIFFS' DISMISSAL OF FIFTH CAUSE OF ACTION:  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**<br><br>Trial Date:  Not Yet Set<br>Complaint Filed: August 28, 2008 |

Please be advised that plaintiffs ROBERT KESZLER and JENNIFER CUTTS KESZLER do hereby withdraw the FIFTH CAUSE OF ACTION, only, for Negligent Infliction of Emotional Distress, from their complaint on file herein.  Plaintiffs request that a dismissal of the Fifth Cause of Action as to all parties be entered without prejudice.

DATED:  May 27, 2009              **WAGNER KIRKMAN BLAINE
                                   KLOMPARENS & YOUMANS LLP**

                                   By:  _____/s/_____
                                        DAVID A. SCHARLACH
                                        Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  June 1, 2009              _/s/ Lawrence K. Karlton_
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

{13158.00000 / 00424852.DOC.1}
REQUEST FOR PLAINTIFFS' DISMISSAL OF FIFTH CAUSE OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com