# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CUTTS KESZLER, ET UX., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, <br><br> Defendant. | Case No.: 2:08-CV-02359 <br><br><br> STIPULATION OF DISMISSAL AND ORDER |

IT IS HEREBY STIPULATED between the parties that the matter should be ordered

dismissed with prejudice by the Court pursuant to Federal Rule of Civil Procedure 41(a)(1),

without costs.

DUANE MORRIS LLP

    /s/ Brett L. Messinger
By:    Brett L. Messinger
Attorneys for First Horizon Home Loans, a
Division of First Tennessee Bank National
Association

WAGNER KIRKMAN BLAIN
KLOMPARENS & YOUMANS LLP

    /s/ Eric R. Garner
By:    Eric R. Garner.

## ORDER

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil

Procedure 41(a)(1) that this matter should be dismissed, it is HEREBY ORDERED that this

matter is dismissed with prejudice, and without costs.

IT IS SO ORDERED

DATED:  October 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DM1\1936124.1

PDF created with pdfFactory trial version www.pdffactory.com

DM1\1936124.1

PDF created with pdfFactory trial version www.pdffactory.com